An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE THIRD JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF LYON;
THE HONORABLE WILLIAM ROGERS,
DISTRICT JUDGE; AND THE
HONORABLE LEON ABERASTURI,
DISTRICT JUDGE,
Respondents,
     and
CODY WALLACE,
Real Party in Interest.

No. 63730

**FILED**

FEB 06 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This petition seeks disqualification of one of the respondent district court judges, the Honorable William Rogers. The real party in interest has filed a motion to dismiss the petition as moot because Judge Rogers has retired and the underlying criminal proceeding has been assigned to another judge. Cause appearing, the motion is granted and the stay previously imposed by this court is vacated. We

ORDER the petition DISMISSED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                                          Douglas

_____, J.          _____, J.
Cherry                                                 Saitta

_____, J.          _____, J.
Gibbons                                              Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-03985

cc: Hon. Leon Aberasturi, District Judge
Third Judicial District Court, Department 1
Attorney General/Carson City
Lyon County District Attorney
Kenneth V. Ward
Paul E. Quade
Third District Court Clerk